Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Bacharach Industrial Instrument Co.* v. *United States* (8 Cust. Ct. 237, C. D. 614) the protests were sustained.

**No. 47659.**—Protest 42182–K of Edwin R. Wakefield (Ogdensburg).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1942

**No. 47660.**—Protests 990168–G, etc., of Irving L. Hartman Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the merchandise consists of knotted sisal hats the same as those involved in Abstract 46497 and of hats or hoods of ramie and cellophane the same as those involved in Abstract 47291, the claim that they are dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.

**No. 47661.**—Protests 47894–K, etc., of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the merchandise consists of knotted sisal hats the same as those involved in Abstract 46497 and of hats or hoods of ramie and cellophane the same as those involved in Abstract 47291, the claim that they are dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.

**No. 47662.**—Protests 865418–G, etc., of Irving L. Hartman Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the merchandise consists of hats or hoods of ramie and cellophane the same as those involved in Abstract 47291, the claim that they are dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.

**No. 47663.**—Protest 78793–K of Kissen Co. (San Francisco).

Opinion by TILSON, J. At the trial a sample of the merchandise was received in evidence but no testimony was introduced. From an examination of the sample it was found that instead of rebutting the classification of the collector, it supports his finding. The protest was therefore overruled.

**No. 47664.**—Protests 992850–G, etc., of B. Altman & Co. (New York).